# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Construction Laborers Trust Funds for Southern California Administrative Company,<br><br>v.      **PLAINTIFF(S)**<br><br>Everfence Corporation,<br><br><br>**DEFENDANT(S).** | **CASE NUMBER**<br><br>8:26-cv-00046-FWS-(DFMx)<br><br><br>**ORDER RE TRANSFER (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to m calendar, ursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

February 5, 2026
_____
Date

_James V. Kelm_ (signature)
_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   8:25-cv-01124-JVS-(RAOx)   and the present case:

- [✓] **A.** Arise from the same or closely related transactions, happenings or events; or
- [✓] **B.** Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] **C.** For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] **D.** Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Douglas F. McCormick   to Magistrate Judge   Rozella A. Oliver   .

On all documents subsequently filed in this case, please substitute the initials   JVS-(RAOx)   after the case number in place of the initials of the prior judge, so that the case number will read   8:26-cv-00046-JVS-(RAOx)   . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   [✓] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (06/23)        **ORDER RE TRANSFER (Related Cases)**