JASON R. STAVELY (SBN 305698)
jason.stavely@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorney for Defendant and Counter-claimant EverFence Corporation

DENIED
BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,

Plaintiff,

v.

EVERFENCE CORPORATION, a Delaware corporation

Defendant.

EVERFENCE CORPORATION, a Delaware corporation

Counter-claimant.

v.

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company; SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS,

Counter-defendants,

Case No. 8:26-CV-00046-JVS-RAO

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Judge: James V. Selna
Courtroom: 10C
Magistrate: Rozella A. Oliver
Courtroom: 590

# [PROPOSED] ORDER

Having considered the *Ex Parte* Application of Defendant and Counter-claimant EverFence Corporation for an Order Extending Time to File Opposition to Motion for Preliminary Injunctive Relief, the Declaration of Jason R. Stavely filed in support thereof, and the records and files herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The current August 31, 2026 deadline for EverFence Corporation to file its opposition to Plaintiff's Motion for Preliminary Injunctive Relief to Compel an Audit (Dkt. 36) is **VACATED**.

2. The opposition deadline is **CONTINUED** pending entry of this Court's order on the Motion for Leave to Withdraw as Counsel (Dkt. 35).

3. Within one (1) business day of entry of the Court's order on the Motion for Leave to Withdraw, counsel shall serve a copy of that order on EverFence Corporation and its principal, Robert Rackleff, by both email and overnight mail, together with a notice advising EverFence that it must retain substitute counsel and respond to the pending Motion for Preliminary Injunctive Relief (Dkt. 36).

4. EverFence Corporation's opposition to the Motion for Preliminary Injunctive Relief shall be due fourteen (14) calendar days after such service.

5. If EverFence Corporation fails to file an opposition within the 14-day period set forth in Paragraph 4, Plaintiff may submit on its papers or request the Court treat the Motion for Preliminary Injunctive Relief as unopposed.

6. If the Court denies the Motion for Leave to Withdraw as Counsel, counsel for EverFence Corporation shall file the opposition to the Motion for Preliminary Injunctive Relief within fourteen (14) calendar days of entry of that order.

7. The hearing on Plaintiff's Motion for Preliminary Injunctive Relief to Compel an Audit (Dkt. 36) is continued to ______________________ at 1:30PM.

///

///

8. Counsel for Defendant shall serve a copy of this Order on EverFence and its principal, Robert Rackleff, by both email and overnight mail, within one (1) business day of this Order.

**IT IS SO ORDERED.**

Dated: August 31, 2026

**DENIED**

BY ORDER OF THE COURT

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Without prejudice to applications for one week extension with respect to the pending motions. All motions set for a September 21, 2026 hearing remain on calendar for that date. JVS August 31, 2026