UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EVERFENCE CORPORATION, a Delaware corporation,<br><br>Defendant,<br><br>-----------------------------------------------<br><br>EVERFENCE CORPORATION, a Delaware corporation<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company; SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS,<br><br>Counterclaim Defendants. | Case No.: 8:26-CV-00046 JVS (RAOx)<br><br>**ORDER TO SHOW CAUSE RE DEFAULT AND DISMISSAL [65]**<br><br>[Hon. James V. Selna]<br><br>Order to Show Cause Hearing:<br>Date: **November 9, 2026**<br>Time: **1:30 PM**<br>Crtrm: **10C** |

Before the Court is Plaintiff and Counterclaim Defendant Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF") and Counterclaim Defendant Southern California District Council of Laborers ("SCDCL")'s Request for an Order to Show Cause for Defendant EverFence Corporation. Upon consideration of the papers and the record of this case, CLTF and SCDCL's request is GRANTED. In particular, the Court finds:

1. Defendant EverFence Corporation has failed to file a notice of appearance or otherwise appear through new counsel in compliance with the Court's September 22, 2026 Order on Counsel for EverFence's Motion for Leave to Withdraw (Dkt# 57).

2. Defendant EverFence has failed to comply with the Court's September 22, 2026 Order (Dkt #57) and has failed to prosecute its counterclaims against the counterclaim defendants within the meaning of Federal Rule of Civil Procedure 41.

3. Defendant EverFence is ordered to show cause as to why its default as to CLTF's Complaint should not be entered at a hearing on November 09, 2026, at 1:30 p.m..

4. Defendant EverFence is ordered to show cause as to why its default should not be entered as to EverFence's counterclaims against the Defendants, and its counterclaims dismissed at a hearing on **November 09, 2026,** at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 27, 2026

James V. Selna
United States District Court Judge